UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFREY JOEL JUDY,<br>an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>RIDGEVIEW PLAZA, L.L.C.,<br>a Maryland Limited Liability Company,<br><br>      Defendant. | Civil Action No. 8:10-CV-00530-DKC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss this action with prejudice and each party shall bear its respective fees and costs.

| | |
|---|---|
| Respectfully Submitted,<br>/s/ *Brien Penn*<br>Brien Penn, Esq., Esq.<br>Ku & Mussman, P.A.<br>Local Counsel:<br>1200 G Street, N.W. Suite 800<br>Washington, DC 20005<br>Tel: 410-914-7366<br>*Attorney for Plaintiff* | Respectfully Submitted,<br>/s/ *Minh N. Vu*<br>Minh N. Vu, Esq.<br>Seyfarth Shaw LLP<br>975 F Street, N.W.<br>Washington, D.C. 20004-1454<br>Tel: (202) 463-2400<br>*Attorney for Defendant* |

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFREY JOEL JUDY, )<br>an individual, )<br> )<br>　　　　Plaintiff, )<br> )<br>vs. )<br> )<br>RIDGEVIEW PLAZA, L.L.C., )<br>a Maryland Limited Liability Company, )<br> )<br>　　　　Defendant. )<br>_____/ ) | Civil Action No. 8:10-CV-00530-DKC |

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendant's Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(i). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice;

**ORDERED AND ADJUDGED** that the respective parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers this ___ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

2